UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joshua David Frank,<br><br>        Plaintiff,<br><br>v.<br><br>State of Minnesota; Dilworth Police Department; Schlee, Officer – Dilworth Police Dept. Badge 745, sued in his or her official and individual capacity; White Earth Tribal Police Dept.; and Franklin Tibbets, Officer – Tribal Police 823 – sued in his or her official and individual capacity,<br><br>        Defendants. | Case No. 23-CV-3768 (KMM/LIB)<br><br>**ORDER** |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois, dated February 14, 2024. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of

the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise, and the R&R is accepted in full.

**IT IS HEREBY ORDERED** that**:**

1. This matter is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's applications to proceed in forma pauperis, [ECF 2, 6], is **DENIED**; and

3. Plaintiff's motion to add supplement, [ECF 8], is **DENIED** as moot

**Let Judgment Be Entered Accordingly.**

Date: **May 13, 2024**              *s/ Katherine M. Menendez*
                                     Katherine M. Menendez
                                     United States District Judge